# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :     Criminal Number: 2:13cr643-1 (DMC)

       v.                          :     **WAIVER OF INDICTMENT**

MICHAEL MASTELLONE            :

    I, Michael Mastellone, charged with violating 15 U.S.C. §1, and being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on September 30, 2013 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Michael Mastellone
Defendant

_____
Gary L. Cutler, Esq.
Counsel for Defendant

Before: _____
HONORABLE Dennis M. Cavanaugh
United States District Judge