```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

NEWARK                                    DATE:  30 September 2013

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan

OTHER: _____

Title of Case:                            Docket # 2:13cr643-1

U.S.A.  v.  Michael Mastellone

Appearances:

Benjamin Sirota & John Van Lonkhuyzen, AUSA
Gary Cutler, Esq For Defendant

Nature of proceedings:

Deft. Present and sworn
Waiver of Indictment fld.
Information fld.
Plea Guilty to Ct. 1  of Information
Rule 11 fld.
Plea Agreement fld.
ORDERED sentence date set for 21 January 2014 10:30am
ORDERED bail set at $1000,000.00 PR Bond

Time Commenced   11:00
Time Adjourned   11:30


cc: chambers                                  Scott P. Creegan
                                        Scott P. Creegan, Deputy Clerk